GREENABAUM, *Plaintiff in Error*, v. MILLSAPS.

**Instructions**: MUST APPEAR IN THE RECORD. Unless the instructions given for respondent appear in the record, this court cannot inquire into the correctness of the action of the trial court in refusing instructions asked by appellant.

*Error to Saline Circuit Court.*—HON. WM. T. WOOD, Judge.

AFFIRMED.

*Philips & Jackson* for plaintiff in error.

*Davis & Willis* for defendant in error.

SHERWOOD, J.—We are prevented from any examination into the propriety of refusing the second and third instructions asked by the plaintiff, by reason of the fact that the instructions given for the defendants are not preserved in the bill of exceptions. What those instructions were we can only conjecture. Presumptively they embodied correct views of the law, and besides, the instructions given on behalf of the defendants, may have covered the ground embraced in the instructions refused the plaintiff.

Therefore judgment affirmed. All concur.